UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                            Case No.  08-cr-117-01/02-SM

Isaac Lindsay and
Amy Galica

## O R D E R

Defendant Galica's motion to continue the final pretrial conference and trial is granted  (document 14).   Trial has been rescheduled for the March 2009 trial period.   Defendant Galica  shall file a waiver of speedy trial rights not later than October 27, 2008.    On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** March 6, 2009 at 10:30 a.m.

**Jury Selection**: March 17, 2009  at 9:30 a.m.

SO ORDERED.

                                                              _____
                                                              Steven J. McAuliffe
                                                              Chief Judge

October 14, 2008

cc:   Jeffrey Levin, Esq.
       Mark Howard, Esq.
       Clyde R.W. Garrigan, AUSA
       US Probation
       US Marshal